# United States District Court
## For The Western District of North Carolina
### Asheville Division

**John D. Leatherwood**

                    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.

                                               1:09-cv-00130

**State of North Carolina**

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/06/2009 Order.

                    Signed: April 6, 2009

                    Frank G. Johns, Clerk
                    United States District Court